IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SERGIO FIGUEROA**
**BETTY FIGUEROA**                                                  **PLAINTIFFS**

**v.**                     **Case No. 4:23-cv-870-JM**

**DRIVE CONTROL,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ADJUDGED this 2nd day of October, 2023.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE